UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>FRANCISCO NUNEZ-NEPITA,<br><br>        Defendant. | Case No. 19-cr-00592-VC-2<br><br>**ORDER TO GOVERNMENT TO RESPOND TO MOTION RE DISCOVERY**<br><br>Re: Dkt. No. 111 |

The government is ordered to respond to the defendant's motion at Dkt. No. 111 by 4 p.m. today. The Court will likely issue an order on the papers sometime today or tomorrow.

**IT IS SO ORDERED.**

Dated: April 8, 2021

VINCE CHHABRIA
United States District Judge