UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANCISCO NUNEZ-NEPITA,<br><br>        Defendant. | Case No. 19-cr-00592-VC-2<br><br>**ORDER GRANTING MOTION FOR CONTINUANCE**<br><br>Re: Dkt. No. 111 |

      The defendant's request to continue the trial and pretrial deadlines in light of the government's ongoing case-building activity and disclosures is granted. Those dates are vacated, and a status conference is scheduled for April 13 at 3 p.m. to set a new trial date and pretrial deadlines.

      **IT IS SO ORDERED.**

Dated: April 9, 2021

                                                  VINCE CHHABRIA
                                                  United States District Judge