UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANCISCO NUNEZ-NEPITA,<br><br>   Defendant. | Case No. 19-cr-00592-VC-2<br><br>**ORDER DENYING MOTION TO QUASH**<br><br>Re: Dkt. No. 124 |

The motion to quash filed by the San Francisco Police Department is denied.

**IT IS SO ORDERED.**

Dated: May 3, 2021

VINCE CHHABRIA
United States District Judge