UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NUNEZ-NEPITA,<br><br>　　　　　Defendant. | Case No. 19-cr-00592-VC-2<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE**<br><br>Re: Dkt. No. 135 |

　　　　For the reasons discussed at the hearing, and considering all the factors relevant to whether dismissal of an indictment for a Speedy Trial Act violation should be with or without prejudice, dismissal of the indictment against Nunez-Nepita is without prejudice. But the dismissal is subject to certain conditions. First, if the government chooses to reindict Nunez-Nepita, it must do so within 28 days of this ruling. If that does not happen, dismissal will be with prejudice. No extensions will be granted. Second, if the government reindicts Nunez-Nepita based on the conduct alleged in the current indictment, it is precluded from using any evidence in its case in chief that had not been produced to Nunez-Nepita by May 3, 2021.

　　　　The Court wishes to emphasize one point from the hearing. The failure of the government to keep track of the speedy trial clock is not itself worthy of harsh criticism, particularly given all the difficulties posed by the pandemic. But the fact that the government repeatedly pressed for a prompt trial, only to determine at the eleventh hour that it needed to gather and produce a mountain of additional evidence before proceeding, and without being aware that the speedy trial clock had expired while it was gathering and producing that evidence, reflects a serious mishandling of the case. The Court expects this will not happen again.

**IT IS SO ORDERED.**

Dated: July 19, 2021

VINCE CHHABRIA
United States District Judge

2